# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04701-MLB
## SingleOps, LLC v. Adams et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 12/3/2020.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:05 P.M.      COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:05                 DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Gevertz representing SingleOps, LLC<br>Hannah Jarrells representing SingleOps, LLC |
| OTHER(S) PRESENT: | Jonathan Stuart representing SingleOps, LLC<br>Montoya Ho-Sang representing ServiceTitan, Inc.<br>Chad Shultz representing ServiceTitan, Inc. |
| PROCEEDING CATEGORY: | Status Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Status conference held via videoconference (Zoom) regarding the status of the case and pending motions. The [11] Consent Motion for Entry of Scheduling Order is GRANTED and Plaintiff's [8] Motion for Expedited Discovery is DENIED AS MOOT. The parties shall notify the Court if and when the [9] Motion for Preliminary Injunction is ripe for ruling. |
| HEARING STATUS: | Hearing Concluded |