# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SINGLEOPS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICETITAN, INC.,<br><br>    Defendants. | Civil Action No.:<br>1:20-CV-04701-MLB |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff SingleOps, LLC and Defendant ServiceTitan, Inc. (collectively, the "Parties"), by and through the undersigned counsel, hereby file this Notice of Settlement. The Parties, through informal negotiation, have reached a settlement agreement in principle on February 23, 2021. Once the Settlement Agreement has been executed and the conditions of the agreement have been satisfied, Plaintiff SingleOps will file the appropriate notice or motion dismissing the instant suit.

Therefore, the Parties respectfully move the Court to stay the instant case based upon the Parties' settlement agreement.

Respectfully submitted this 25th day of February, 2021.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ David Gevertrz* | */s/ Chad A. Shultz* |
| David Gevertz, Esq. | Chad A. Shultz, Esq. |
| Georgia Bar No. 292430 Hannah Elizabeth Jarrells, Esq. | Georgia Bar No. 644440 |
| Georgia Bar No. 784478 | 55 Ivan Allen Jr. Boulevard NW |
| 3414 Peachtree Rd, NE, Suite 1500 | Suite 750 |
| Atlanta, Georgia 30326 | Atlanta, Georgia 30308 |
| (404) 221-6512 | (404) 978-7325 |
| dgevertz@bakerdonelson.com | cshultz@grsm.com |
| hjarrells@bakerdonelson.com | *Counsel for Defendant ServiceTitan, LLC* |
| *Counsel for Plaintiff SingleOps, LLC* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 25th day of February, 2021, I filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will send a copy to all parties of record.

                                                  */s/ Chad A. Shultz*
                                                  Counsel