IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SingleOps, LLC,

        Plaintiff,

                      Case No. 1:20-cv-4701-MLB

v.

ServiceTitan, Inc.,

        Defendant.

_____/

**ORDER**

The parties have announced that this case has settled. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case.[1] The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[2]

---

[1] The Court **DIRECTS** the Clerk to leave as pending the parties' Joint Motion for Leave to File Documents Under Seal (Dkt. 39).

[2] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 1st day of March, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE